tion of order denying leave to proceed *in forma pauperis* [*ante*, p. 951] denied.

No. 92–6265.   DOCK *v.* AMERICAN TELEPHONE & TELEGRAPH TECHNOLOGIES ET AL.   C. A. 7th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until December 28, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.   JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

JUSTICE BLACKMUN and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 92–6281.   HAGEN *v.* UTAH.   Sup. Ct. Utah.   The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 92–6378.   MAHDAVI *v.* REGENTS OF THE UNIVERSITY OF CALIFORNIA.   C. A. 9th Cir.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   See this Court's Rule 39.8. Petitioner is allowed until December 28, 1992, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of certiorari.

No. 92–6598.   IN RE FERGUSON.   Petition for writ of habeas corpus denied.

No. 92–6198.   IN RE TODD.   Petition for writ of mandamus denied.

No. 92–357.   SHAW ET AL. *v.* BARR, ATTORNEY GENERAL, ET AL.   Appeal from D. C. E. D. N. C.   Probable jurisdiction noted.   Argument shall be limited to the following question which all parties are directed to brief: "Whether a state legislature's intent to comply with the Voting Rights Act and the Attorney General's interpretation thereof precludes a finding that the legislature's congressional redistricting plan was adopted with in-